IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 07-cv-02278-RPM

INA JEAN FLETCHER,

        Plaintiff,

v.

LARIMER COUNTY SHERIFF'S OFFICE,
JAMES A. ALDERDEN, individually and in his official capacity as Sheriff for the Larimer County Sheriff's Office,

        Defendant.
_____

ORDER DISCHARGING ORDER TO SHOW CAUSE AND EXTENDING TIME FOR SERVICE
_____

        In response to this Court's Order to Show Cause for failure to make service, entered March 7, 2008, the plaintiff's counsel indicates that the plaintiff's health has affected her ability to proceed with this litigation and asks for time to May 19, 2008, to proceed. That does not excuse the failure to make service in this case in accordance with the requirements of Fed.R.Civ.P. 4(m) and this case should not lie dormant. Accordingly, it is

        ORDERED that the Order to Show Cause is discharged and it is

        FURTHER ORDERED that the plaintiff shall proceed with service on the defendants to be made no later than April 1, 2008.

        DATED: March 20th, 2008

                                BY THE COURT:

                                s/Richard P. Matsch
                                _____
                                Richard P. Matsch, Senior District Judge