IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-02278-RPM

INA JEAN FLETCHER,

      Plaintiff,

v.

LARIMER COUNTY SHERIFF'S OFFICE,
JAMES A. ALDERDEN, individually and in his official capacity as Sheriff for the Larimer County Sheriff's Office,

      Defendants.

---

ORDER SETTING SCHEDULING CONFERENCE

---

      Pursuant to D.C.COLO.LCivR 16, it is

      ORDERED that a scheduling conference will be held on **June 20, 2008, at 2:30 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges frame.htm** (Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 1/08). The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on June 12, 2008.**

      The conference is conducted with counsel only and no parties or representatives of parties will be permitted to attend.

      Dated: April 22nd, 2008

      BY THE COURT:

      s/Richard P. Matsch
      _____
      Richard P. Matsch, Senior District Judge