IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 07-cv-02278-RPM

INA JEAN FLETCHER,

       Plaintiff,

v.

LARIMER COUNTY SHERIFF'S OFFICE,
JAMES A. ALDERDEN, individually and in his official capacity as Sheriff for the Larimer County Sheriff's Office,

       Defendant.

_____

## ORDER SETTING TRIAL DATE
_____

Pursuant to the calendar call on December 5, 2008, it is

ORDERED that this matter is set for trial to jury on **May 4, 2009, at 9:00 a.m., with counsel to be present at 8:30 a.m. on the first morning of trial,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.

Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**

DATED: December 5th, 2008

                            BY THE COURT:

                            s/Richard P. Matsch
                            _____
                            Richard P. Matsch, Senior District Judge