IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 07-cv-02278-RPM

INA JEAN FLETCHER,

        Plaintiff,

v.

LARIMER COUNTY SHERIFF'S OFFICE,
JAMES A. ALDERDEN, individually and in his official capacity as Sheriff for the Larimer County Sheriff's Office,

        Defendant.
_____

ORDER FOR DISMISSAL
_____

Pursuant to the Stipulation of Dismissal with Prejudice [18] filed on May 6, 2009, it is

ORDERED that this action is dismissed with prejudice, each party to bear their own costs and attorneys' fees.

DATED: May 7, 2009

                                  BY THE COURT:

                                  s/Richard P. Matsch

                                _____
                                Richard P. Matsch, Senior District Judge